UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL ORTEGA, aka JUAN ORTEGA, | ) Case No. CV 07-5913-DSF(RC) ) ) |
| Petitioner | ) JUDGMENT ) |
| vs. | ) ) |
| ROBERT HOREL, Warden, | ) ) |
| Respondent. | ) ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: 7/6/09 _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&Rs\07-5913.jud
6/12/09